**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

| | |
|---|---|
| **In re: Roger Dale Snell**<br>     **Barbara Faye Snell**<br><br>                    **Debtor(s)** | **CASE NO. 08-50643**<br><br>**CHAPTER 13** |

**NOTICE: DISCHARGE NOT GRANTED**

Pursuant to Bankruptcy Rule 4006, you are hereby notified that the discharge of the above-named debtor(s) was:

  X    denied by the court pursuant to an order entered August 27, 2008.

____    revoked by the court pursuant to an order entered . [The discharge was previously granted on .]

____    waived by the court pursuant to an order entered upon a motion for waiver of the discharge by debtor(s).

A copy of this notice shall be served by mail to the debtor(s), counsel for debtor(s), the trustee, the U. S. Trustee's Office, and all creditors and other parties in interest.

**DATED: September 10, 2008**

                                            **JOHN W. L. CRAIG, II, CLERK**


                                            **By      /s/Dixie Smith                **
                                                       **Deputy Clerk**


nond.frm